IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: SUBPOENA TO NON-PARTY AMERICAN HOSPITAL ASSOCIATION,**<br><br>**UNITED STATES OF AMERICA,** *et al. ex rel.* **JESSE POLANSKY M.D., M.P.H.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EXECUTIVE HEALTH RESOURCES, INC.,** *et al.*,<br><br>Defendants. | **Civil Action No.:**<br><br>**Related to 2:12-CV-04239-MMB in the United States District Court for the Eastern District of Pennsylvania** |

## RELATOR'S MOTION TO ENFORCE RULE 45 SUBPOENA

Notice is hereby given of the filing of this motion pursuant to Rule 45 of the Federal Rules of Civil Procedure by Relator Dr. Jesse Polansky. This motion seeks to compel the American Hospital Association ("AHA") to comply with the subpoena that Relator has issued to it and to produce and permit for inspection and copying the materials specified in that subpoena. Relator has attempted in good faith to negotiate with AHA to reach an agreed-upon solution to the document production requests, but AHA has unilaterally terminated negotiations and refused to produce any documents. As such, Relator now moves to compel AHA to comply with the subpoena.

Dated: July 22, 2019  Respectfully submitted,

By: */s/ Schuyler Ferguson*
Schuyler Ferguson (6325615)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: 312-558-8121
Fax: 312-558-5700
SAFerguson@winston.com

Chad Brian Walker
(*pro hac vice* pending)
WINSTON & STRAWN LLP
2501 N. Harwood St., 17th Floor
Dallas, TX 75201
Tel: 214-453-6500
Fax: 214-453-6400
CBWalker@winston.com

Gregory Booker
(*pro hac vice* pending)
FISH & RICHARDSON
222 Delaware Ave, 17th Floor
Wilmington, DE 19801
Tel: 302-778-8408
Booker@fr.com

Michael R. Ellis
(*pro hac vice* pending)
FISH & RICHARDSON
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: -214-747-5070
Ellis@fr.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served by electronic mail on July 22, 2019 to the following counsel of record:

COVINGTON & BURLING LLP
Ethan M. Posner
Christopher M. Denig
Matthew F. Dunn
One City Center
850 Tenth Street NW
Washington, DC 20001
(202) 202-662-5314
Cdenig@cov.com
Eposner@cov.com
Mdunn@cov.com

HOGAN LOVELLS
Jonathan L. Diesenhaus
Samantha G. Spiro
555 13th St NW
Washington, DC 20004
(202) 637-5416
jonathan.diesenhaus@hoganlovells.com
samantha.spiro@hoganlovells.com

By: /s/ *Schuyler Ferguson*